IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-00012-3 |
| | ) | Judge Haynes |
| TOMMY WALTON, II, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

In accordance with the jury verdict, the Defendant was found not guilty as to Counts 14, 15, 18, 19, and guilty as to Counts 16, 17, 20-35. Defendant's property is subject to forfeiture in the amount of $95, 211.38. A sentencing hearing will be set by separate Order.

It is so **ORDERED** this the 24th day of **January, 2013**.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court