# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-0012 |
| | ) | Chief Judge Haynes |
| RICK INGRAM, | ) | |
| TOMMY WALTON, SR. | ) | |
| TOMMY WALTON, JR. | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The sentencing hearing is set in this action for **Friday, April 19, 2013 at 3:00 p.m.** By

**Monday, April 8, 2013,** counsel shall submit their memoranda, response and/or reply as well as

the number of witnesses to be called and the expected length of the hearing. Failure to comply

with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared

to discuss any forfeiture issues.

It is so **ORDERED**.

**ENTERED** this the _2Y_ day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court