UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:12-cr-12-3 |
| v. | JUDGE HAYNES |
| TOMMY L. WALTON, II | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Tommy L. Walton, II, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the sentencing hearing date in the above-captioned case to a later date convenient to the Court and counsel.

1. Currently, the sentencing hearing for Tommy L. Walton, II in the above captioned matter is set for Friday, April 19, 2013 at 3:00 PM;

2. Defendant's counsel is traveling and unavailable on that date;

3. Assistant United States Attorney Byron M. Jones does not oppose this motion for continuance;

4. Upon information and belief, this Court holds sentencing hearings on Monday and Fridays;

5. The parties have conferred and all have availability for a sentencing hearing during an afternoon session on any of following Mondays and Fridays in April and May 2013: April 29th, May 3rd, May 6th, May 20th and May 31st.

**WHEREFORE,** Defendant Tommy L. Walton, II respectfully requests that this Court enter an Order continuing the sentencing hearing in the above-captioned case from Friday, April 19, 2013 at 3:00 PM to a later date convenient to the Court and counsel.

*[Handwritten annotations: GRANTED. This matter is continued. Sentencing is reset for April 29, 2013 at 3:00 pm. 2-13-13]*