UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00012-2 |
| | ) | JUDGE HAYNES |
| TOMMY L. WALTON, SR. | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Through counsel, defendant Tommy Walton, Sr. moves to continue his sentencing hearing, currently set on April 8, 2013. Mr. Walton resides in South Carolina and is released on bond pending sentencing in this matter.[1]

In support of this motion, Mr. Walton would show the following:

1. Defense counsel requests additional time to review the presentence report with Mr. Walton and to prepare fully for the sentencing hearing in this matter.

2. Mr. Walton concurs in the request for a continuance.

3. Assistant U.S. Attorney Byron Jones has no objections to the requested continuance. Both the government and defense can be available for a sentencing hearing on the following dates:

Monday, June 10, 2013

Monday, June 17, 2013.

For the reasons stated above, the defendant requests that this matter be continued.

---

[1] On February 21, 2013, the government filed a Sealed Notice that may possibly affect further proceedings in this matter.