UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:12-cr-12-3 |
| v. | JUDGE HAYNES |
| TOMMY L. WALTON, II | |

### SECOND MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Tommy L. Walton, II, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the sentencing hearing date in the above-captioned case to June 17, 2013 at 3:00 PM.

1. Currently, the sentencing hearing for Tommy L. Walton, II in the above-captioned matter is set for Monday, April 29, 2013 at 3:00 PM;

2. On or about March 25, 2013, the sentencing hearing date for Tommy L. Walton, Sr., Tommy L. Walton, II's father and named co-defendant in this matter, was rescheduled to be heard on June 17, 2013 at 3:00 PM;

3. For the convenience of family members travelling from out of state and wishing to attend both hearings in support of both defendants, Tommy L. Walton II respectfully requests that the Court set both sentencing hearings on the same date, June 17, 2013 at 3:00 PM, with the sentencing hearing for Tommy L. Walton II to immediately follow the sentencing hearing for Tommy L. Walton, Sr.;

4. Assistant United States Attorney Byron M. Jones does not oppose this motion for continuance.

**WHEREFORE,** Defendant Tommy L. Walton, II respectfully requests that this Court enter an